THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL AHEARN, Appellant.

Argued October 6, 1955; decided October 20, 1955.

*Irving Novis* for appellant.

*Frank S. Hogan, District Attorney (Harold Roland Shapiro* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.